Pw 12
(Rev 3/8)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Lamont Earl Hairston                                     Docket No. 04-00156-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lamont Earl Hairston, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, PA, on the 26th day of August 2005, who fixed the period of supervision at 5 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay $800 Special Assessment.
- Drug testing and treatment, as directed by the Probation Office.

| | |
|---|---|
| 08/26/05: | 78 months' imprisonment and 5 years' supervised release. |
| 03/31/08: | Sentence reduction to 60 months' imprisonment, all other provisions of the original judgment shall remain in effect; Judge Lancaster. |
| 00/00/08: | Released to supervision; Currently supervised by U.S. Probation Officer Tracey J. Begonia |

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant violated the following conditions of supervision:

**Shall not commit another Federal, state, or local crime.**

**Shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

**Shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.**

The defendant was arrested on October 21, 2009, and charged with Possession With Intent to Deliver (crack cocaine), Possession (crack cocaine), Possession of a Small Amount of Marijuana, and Fleeing or Eluding Police. During the incident, the defendant was the driver of a vehicle; Andrew Magwood, who has prior felony convictions, was in the passenger seat and was observed throwing a large bag of suspected crack cocaine from the vehicle. Additionally, officers observed a billow of smoke coming from the defendant's window and detected the odor of burning marijuana.

U.S.A. vs. Lamont Earl Hairston
docket No. 04-00156-001
Page 2

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the supervised releasee's arrest and that the warrant be lodged as a detainer at the Allegheny County Jail where the defendant is currently incarcerated under DOC # 21184.

**ORDER OF COURT**

Considered and ordered this _2 4_ day of
_Oct_ , 20 _09_ and ordered filed and made
a part of the records in the above case.

_____
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on          _Oct 23, 2009_

_____
Tracey J. Begonia
U.S. Probation Officer

_____
Michael DiBiasi
Supervising U.S. Probation Officer

Place:      Pittsburgh, Pennsylvania
_____