Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S. DISTRICT COURT
2010 AUG 17 PM

**U.S.A. vs. Lamont Earl Hairston**

**Docket No. 04-00156-001**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lamont Earl Hairston, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, PA, on the 26th day of August 2005, who fixed the period of supervision at 5 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay $800 Special Assessment.
- Drug testing and treatment, as directed by the Probation Office.

| | |
|---|---|
| 08/26/05: | 78 months' imprisonment and 5 years' supervised release. |
| 03/31/08: | Sentence reduction to 60 months' imprisonment, all other provisions of the original judgment shall remain in effect; Judge Lancaster. |
| 09/04/08: | Released to supervision; Currently supervised by U.S. Probation Officer Tracey J. Begonia. |
| 10/24/10: | Detainer issued, Judge Lancaster. |

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant violated the following conditions of supervision:

**Shall not commit another Federal, state, or local crime.**

The defendant guilty to Possession with Intent to Deliver (crack cocaine), Possession (crack cocaine), Possession of a Small Amount of Marijuana, and Fleeing or Eluding Police. He was sentenced by Allegheny County Court of Common Pleas Judge Joseph K. Williams on March 15, 2010, to 5-10 years imprisonment. He is currently incarcerated at SCI Dallas under Inmate Number JL5148.

PRAYING THAT THE COURT WILL ORDER that the above-cited alleged violation of supervision be incorporated as part of the Petition Action previously made a part of the records in this case on October 25, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this **24** day of **Aug** , 20 **10** and ordered filed and made a part of the records in the above case.

Gary L. Lancaster
Chief U.S. District Judge

Executed on _August 13, 2010_

Tracey J. Begonia
U.S. Probation Officer

Michael DiBiasi
Supervising U.S. Probation Officer

Place:    Pittsburgh, Pennsylvania